IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

## NOTICE

The United States, by and through its attorneys, hereby provides notice of the concurrent public filing of the government exhibits that were admitted at trial on January 20 and 21, 2015.

Respectfully submitted,

Jack Smith  
Chief

Eric G. Olshan  
Deputy Chief  
Public Integrity Section  
U.S. Department of Justice

Dana J. Boente  
United States Attorney

James L. Trump  
Senior Litigation Counsel

Dennis Fitzpatrick  
Assistant United States Attorney  
Eastern District of Virginia

By  _____/s/_____  
Eric G. Olshan  
Attorney for the United States of America  
United States Attorney's Office  
2100 Jamieson Avenue  
Alexandria, Virginia 22314  
(202) 514-7621  
(202) 514-3003 (fax)  
eric.olshan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I caused an electronic copy of the foregoing to be filed and served via ECF on Edward B. MacMahon, Jr., and Barry J. Pollack, counsel for the defendant.

By            /s/
Eric G. Olshan
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(202) 514-7621
(202) 514-3003 (fax)
eric.olshan@usdoj.gov