# United States Senate
## SELECT COMMITTEE ON INTELLIGENCE
### VISITORS LOG BOOK
#### SH–211

V505765

DATE MARCH 5, 2003

| SIGN-IN | | ORGANIZATION | PURPOSE OF VISIT | BADGE NO | ESCORTED BY | OFFICER ON DUTY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRINT NAME | SIGNATURE | | | | | BADGE NO. | TIME IN | INITIAL | BADGE NO. | TIME OUT | INITIAL |
| [ INFORMATION REDACTED ] | | | | | | | | | | | |
| J. Stephens | | CFIUS | info | | Watson | 3890 | 1027 | RW | | | |
| M. 2nd | | K. 2nd | mtg | | Brown | 3890 | 1029 | Pew | | | |
| [ INFORMATION REDACTED ] | | | | | | | | | | | |



GOVERNMENT
EXHIBIT
100
1:10CR485

E04566



TOP ~~SECRET~~   DECLASSIFIED

Memorandum for the Record

From:       Don Stone/Vicki Divoll
Subject:    Whistleblower/Former CIA Employee Jeffery Sterling
Date:       April 25, 2003

On March 5, 2003, Don Stone and Vicki Divoll met with former CIA employee Jeffery Sterling. This meeting was arranged by Mr. Sterling's attorney, Mark Zaid, who had contacted Ms. Divoll several weeks earlier. Ms. Divoll and Mr. Stone coordinated the attorney's request for a meeting with the Committee's staff directors. Based on Mr. Sterling's status as a former CIA employee, it was decided that Ms. Divoll and Mr. Stone would meet with the attorney and his client to allow Mr. Sterling to voice his concerns about an operation he was involved in before his CIA employment was terminated in January 2002.

It was known prior to the meeting that Mr. Zaid was representing Mr. Sterling in a suit against the CIA regarding the termination of his employment. Committee staff made it clear to the attorney and Mr. Sterling that we did not wish to discuss the ongoing litigation against the CIA. Instead we were prepared to listen to his concerns about CIA operational activities. Mr. Zaid did not have the proper clearances for the CIA operation in question, so after introductory comments he was asked to wait outside the Committee's cleared spaces.

Mr. Sterling joined the CIA in 1993, and had at least two overseas assignments. In 1999 he was assigned to CIA's New York        office where he was involved in a sensitive                              operation. The operation entailed a CIA asset providing Iran with faulty plans for a Russian based nuclear fire set. Although the plans had been modified by the National Laboratories, Mr. Sterling feared they were insufficiently flawed to prevent a Russian scientist hired by the Iranians from identifying and correcting the mistakes. His concern was based on the fact that the CIA asset recognized the plan's flaws almost immediately after being shown them. He would have preferred to string the operation out by giving



TOP ~~SECRET~~

DECLASSIFIED

GOVERNMENT
EXHIBIT
101
1:10CR485



TOP ~~SECRET~~  DECLASSIFIED

pieces of the plan out over time. In the end, the entire plan was turned over to the Iranians without any means for further follow up. However, CIA supposedly deemed the operation a success. Mr. Sterling fears the CIA gave the Iranians too much information that they can either use themselves or sell to someone else.

When asked why he was bringing this information to the Committee over two years after the operation took place, Mr. Sterling stated that current events prompted him to provide this information based on his above noted concerns. He could provide no evidence the CIA and National Laboratories did not take adequate precautions. He also does not have a technical background. Mr. Sterling stated that he had not taken his concerns to the CIA Inspector General because he had not had a pleasant experience with that office while attempting to resolve his employment difficulties. After the meeting, Mr. Sterling was thanked for the information and escorted out to his attorney. He was offered no information on whether, or in what manner, the Committee would proceed, but seemed satisfied with the visit.

The operation described by Mr. Sterling seemed familiar to one that had been briefed in the past. To follow up, it was decided that at the next opportunity, the                  account monitor would ask a question on the degree to which such plans are modified and the approach to making sure there is no benefit to the target or a buyer of the plans. Such a briefing is to take place in the near future.

Since the meeting with Mr. Sterling and his attorney, there has been minimal contact with staff. Mr. Sterling has e-mailed the Committee highlighting press articles involving Iranian nuclear interests. He has also left a phone message that was not returned. His attorney has e-mailed the Committee with information relating to other intelligence related cases he is pursuing. There was no response to this correspondence. The only other issue of note is that James Risen of the *New York Times* attempted to contact Mr. Stone directly several weeks ago. He was not asked the topic of inquiry and was told that any staff communication must come from the staff directors.

TOP ~~SECRET~~

DECLASSIFIED

 **DECLASSIFIED**

 **Lorenzo Goco /Select Committee on Intelligence**
04/25/2003 01:46 PM

To    'Select Committee on Intelligence@Select Committee on Intelligence

cc

Class   Top Secret

bcc

Subject   Re: whistleblower

It's set for next Friday at 11.

04/25/2003 12:17 PM

To:    Lorenzo Goco/Select Committee on Intelligence@Select Committee on Intelligence
cc:
Class:   Top Secret
Subject:   Re: whistleblower

please attempt to schedule the meeting today (for some time after markup)
Lorenzo Goco 04/25/2003 09:31 AM

**Lorenzo Goco**    04/25/2003 09:31 AM

To:    Select Committee on Intelligence@Select Committee on Intelligence
cc:    Don Stone/Select Committee on Intelligence@Select Committee on Intelligence     Select
Committee on Intelligence@Select Committee on Intelligence
Class:   Top Secret
Subject:   Re: whistleblower

The only follow-up we had considered was to ask a question regarding his complaint/assertion to the
Counterproliferation       briefers at the next quarterly briefing. I have not yet been briefed by
that program, but will schedule it after mark-up.

Since his claims involve extremely technical, specialized nuclear designs, and the firesets were altered by
our best nuclear scientists at        , I don't know of any way to further investigate the validity of his
complaint.

04/24/2003 07:41 PM

To:    Don Stone/Select Committee on Intelligence@Select Committee on Intelligence, Lorenzo Goco/Select
Committee on Intelligence@Select Committee on Intelligence     Select Committee on
Intelligence@Select Committee on Intelligence
cc:
Class:   Top Secret
Subject:   whistleblower

 **DECLASSIFIED**


GOVERNMENT
EXHIBIT
110
1:10CR485

S00085

 **DECLASSIFIED**

what follow up has the committee done concerning the "whistleblower" who who reported concerns about the CP            on 5 march?

**DECLASSIFIED**



S00086

93

```
254250677  |     <tr> <td width=10> <img src="http://64.4.8.24/spacer.gif" width=10
height=1> <form name=msgr><in
254250774  |     put type=hidden name=msgFromName value="Jrisen@aol.com"><input
type=hidden name=FromText value="J
254250871  |     risen@aol.com"></form><form name=move action="/cgi-bin/getmsg"><input
type=hidden name=curmbox va
254250968  |     lue="F000000001"><input type=hidden
name=ÿ0ÿà·.JFIF·····d·d··ÿî··Ducky·······2··ÿî··Adobe·dÀ····ÿ0
254251065  |     ·„····················.········#"""#"···········.
.254251162  |     ·················!!
!!''''''''''ÿÀ····n·d·."······ÿÄ·Œ···············
254251259  |     ·······················
············.·1A·Q0¡"R·aq'±Ár#2Bb6Ñ¢²s³·t'cf"$4T·····················.1.|Aq'2a
254251356  |     ·····?·ûüD@·°¢ær·û´ûv··9z·¡Ì/·âèxU<*¬:0e}#QÞbÝ·ÌIÊO~=rÉÓ)kmç·
0;¡{d·Qo²ã·d÷*ðaî0C450,%·A¯
254251453  |
·;dò··žd_·¢f·.jfÞPG£d'·.ÆÃ·î¨·¤>ö>€&·Õ'žL·\Õ)·,|U·wuÆ·¶··2Ñ·····OÍG·^¿=·ñÿa4\¿S5°|
³yÎÝ¬5·E·{Dæù
254251550  |     m±·O·oŽ¯·nÝ·³¤Øøu)÷‰¯5C÷Çö·TVÍK·ÊŒÀ¿00Dóëq°ätw·ì¨€ÑŒ€Øñ$õ™¯€jR·
µ)Ýc†øÏ±0·kQ·0{·O6ñ·0Ù·····OÍ0¬õ?
254251647  |
E·>ÉÊòÉ}·ùgm«*%‰|®·+[Õ·§q··p\~øÐ@wäöÎ¤5Yâ¸é'»òÊ™I·¿-)·-´d±´A'ÆEzL0,MÕ·<^àOÂ
‹ej¬"J·B·gûr2îèa·ŽíÀD
254251744  |
Nm'····(ëM"GÕ·ÄmXû)¨à9¨·ŠOF·»æ/É0¯õw·ÀiÀò»}$ÕN¤»k····R"¡+UÀðœ·í·öë¨§ÇOP"é·|ÊjÒÔf·ñ·
É·I3·ì¸˜zBñ·
254251841  |
úæ{·0Õ·Ý"Ú²±3>ž0ÕÝÝ·í,~UfOX¯œO"'·"xÏ·b¨kyÞôö·ý·ÌðŠ|û·ÌÒO-w|ËÞƒ~µQÃÛWQxM„àye%šzTÎ¿Ïæ±
ÏqÕS~ù-·±·†Ðw
254251938  |     ·¨JV-_·V·&··"¢~·ÕC·ÙSE0ÚÚµÎ0úâ:¨*Z·+¯æ·¹ê®-M·
¨jBñ¹·*7·Éc1ô"·Aé2ê>þé¿v}âU&zÔÍ75>OŒ~Uf0h¯œO"'·Éx
254252035  |
2'%·9>h~)èzŠ70j··Wy,Ê@·NC¯yI±Déÿ·ô*·´¨ÚZ_€$Úx§A¨·QC+·:;0}·SemB-·0f¸YÝŒê>û·ûôû¨î00Ýî
cŽÛ·M_S/ÉMU&¢
254252132  |     ©>·¡ª±[S&·Ã|dÝ·šzÒvÜÓ=·;LÂ)3
¸{eçPÔ)÷,Ó-0#L0<·¯SOâÝ꧱FB†íÔÝ¸ÞDDæèDD·D@ÀsoNêfÐª¡'ÁV·hÀÏ·Þ·_~]¯_N«LU
254252229  |     ¨sšŠTû,¼·>!°}
kôa¥·|52¡1î0¹±ù9{Ó\n3Ó3»<¦{â¹»£fvlÃÏ·~*p¨%G|¼'l>íÉuó?¦SK=·96Û<·à¯IøÛ@0t¨~Öcuð?á?é0/
254252326  |
íÓ·¾³·´·ª³z-·œÝ™jf6v¹6'H·é··ÿ·¨?Êì™(éÃm[-qÃ·*:ö·3âqáJÇ™tÉ-kzÎ¯-x·[è³·ÙA9I··ÀF;Ð³g«îw
ú~+kv·+|g§Pc€
254252423  |     *2²æ·*Çg_
Ræ0·„…|õî"ÊlÊÉÓ'¦£UF=î$Œ·|¼wîY·ÓxHQLY:9íÜ)€îeo··ræ߶fÙ0+3øm""a²"
0ÿÛ··················.
254252520  |
················ent ·: </td><td>Tuesday, December 23,&nbs
p;2003 1
254252617  |     2:29 PM</td></tr>·<tr><td
nowrap>To ·: </td><td>jsthe7th@hotmail.com</td></tr>·<tr>
254252714  |     <td nowrap>Subject ·: </td><td>(no subject)</td></tr>
<tr><td style="padding-bottom:0px"
254252811  |     ><img src="http://64.4.8.24/spacer.gif" width=70 height=1></td><td
width=100%·style="padding-bot
254252908  |     tom:0px"></td></tr>·</table>··</td>·<td class="HT" align=right
valign=top>·<table border=0 cellsp
254253005  |     acing=0 cellpadding=2>·<tr>·<td><a
href="javascript:S('getmsg','','','','',''MSG1072200595.39','',
254253102  |     '','prev')"·tabindex=1><img src="http://64.4.8.24/i.p.previous.gif"
border=0></a></td><td>|</td>
254253199  |     <td><a
href="javascript:S('getmsg','','','','','MSG1072200595.39','','','next')"
tabindex=2><img
```

Page 1

GOVERNMENT EXHIBIT 117 1:10CR485

E03180

93

```
254253296  |    src="http://64.4.8.24/i.p.next.gif" border=0></a></td><td>|</td> <td
nowrap><a href="javascript:H
254253393  |    M('curmbox=F000000001')"><img
src="http://64.4.8.24/i.p.folder.inbox.gif" align=left border=0>Inb
254253490  |    ox</a> </td> </tr> </table> </td> </tr> </table> <table border=0
cellpadding=0 cellspacing=0 widt
254253587  |    h=100%> <tr> <td width=100% nowrap style="padding-bottom:5px"> </td>
</tr> </table> <table bgcolo
254253684  |    r=#FFFFFF height=209 width=100%> <tr> <td valign=top>   <table
border=0 cellspacing=8 cellpadding
254253781  |    =0 width=100% align=center nowrap>   <tr><td> <DIV><SCRIPT> <!--
function Filtered() { return 0 }
254253878  |    //--> </SCRIPT> <FONT FACE=arial,helvetica><FONT  SIZE=2
PTSIZE=10>can we get together in early
254253975  |    january? jim </FONT> <font color=#000000></div>   </td></tr> </table>
</td> </tr> </table> <div al
254254072  |    ign=right class="HT"> <table border=0 cellspacing=0 cellpadding=2>
<tr> <td><a href="javascript:S
254254169  |    ('getmsg','','','','','MSG1072200595.39','','','prev')"
tabindex=1><img src="http://64.4.8.24/i.p
254254266  |    .previous.gif" border=0></a></td><td>|</td> <td><a
href="javascript:S('getmsg','','','','','MSG10
254254363  |    72200595.39','','','next')" tabindex=2><img
src="http://64.4.8.24/i.p.next.gif" border=0></a></td
254254460  |    ><td>|</td> <td nowrap><a
href="javascript:HM('curmbox=F000000001')"><img src="http://64.4.8.24/i
254254557  |    .p.folder.inbox.gif" align=left border=0>Inbox</a></td> </tr>
</table> </div> </td><td width=10><
254254654  |    img src="http://64.4.8.24/spacer.gif" width=10 height=1></td> <td
valign=top width=160> <IFRAME F
254254751  |    RAMEBORDER=0 SCROLLING=NO MARGINHEIGHT=0 MARGINWIDTH=0 WIDTH=160
HEIGHT=600 SRC="http://rad.msn.c
254254848  |
om/ADSAdClient31.dll?GetAd?PG=PROHO2?SC=D1?HM=045647475a5f4a1255565544500547767 9084e
3c57042054155
254254945  |
a535e50460e4a4149616d7?LOC=I?TF=_NEW?ID=000149905C062A3A?UC=1?PS=8315?PI=44364?AP=109
0?NA=1140?NC=
254255042  |    9523" tabindex="-1"></IFRAME>  </td> </tr></table><table
bordeÿøÿà··JFIF·····d·d··ÿî··Ducky·····
254255139  |    ·#··ÿî··Adobe·dÀ····ÿÛ·„·· ·  ····· ··········· ····· #
··))--))=;;;=@@@@@@@@@@··· ··
```

<u>Unallocated Cluster 93</u>

From:  Jrisen@aol.com
Sent:  Tuesday, December 23, 2003 12:29 PM
To:  jsthe7th@hotmail.com

can we get together in early january? jim



85
```
225994189   |   ize:12px} </style> <table class="TH"> <tr><td
nowrap>From : </td><td> &lt;Jrisen@aol.co
225994286   |   m&gt;</td></tr>  <tr><td
nowrap>Sent : </td><td>Monday, March 22, 2004&nb
225994383   |   sp;12:52 PM</td></tr>  <tr><td
nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr>
225994480   |      <tr><td nowrap>Subject : </td><td>Re: </td></tr> <tr><td
style="padding-bottom:0px"><im
```

GOVERNMENT
EXHIBIT
119
1:10CR485

E03174

Unallocated Cluster 85:

From:  Jrisen@aol.com
Sent:  Monday, March 22, 2004 12:52 PM
To:  jsthe7th@hotmail.com

113

```
277112316   |    px} </style> <table class="TH"> <tr><td
nowrap>From : </td><td> &lt;Jrisen@aol.com&gt;<
277112413   |    /td></tr>  <tr><td
nowrap>Sent : </td><td>Thursday, May 6, 2004 12:3
277112510   |    4 AM</td></tr>  <tr><td
nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr>  <tr><td
277112607   |    nowrap>Subject : </td><td>Re: (no subject)</td></tr>
<tr><td style="padding-bottom:0px
```

GOVERNMENT
EXHIBIT
120
1:10CR485

E03345

<u>Unallocated Cluster 113</u>

From:  Jrisen@aol.com
Sent:  Thursday, May 6, 2004 12:34 AM
To:  jsthe7th@hotmail.com

49

```
222983697  |    ass="TH"> <tr><td nowrap>From : </td><td>
&lt;Jrisen@aol.com&gt;</td></tr> <tr><td nowr
222983794  |
ap>Sent : </td><td>Friday, May 7, 2004 3:47 PM</t
d></tr> <tr><
222983891  |    td nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr>
<tr><td nowrap>Subject :&nb
222983988  |    sp;</td><td>Re: </td></tr> <tr><td style="padding-bottom:0px"><img
src="http://64.4.43.24/spacer.
222984085  |    gif" width=70 height=1></td><td width=100%
style="padding-bottom:0px"></td></tr> </table>  </td>
```

Page 1

Unallocated Cluster 49

From:   Jrisen@aol.com
Sent:   Friday, May 7, 2004 3:47 PM
To:     jsthe7th@hotmail.com

```
                                          103.txt
°076076   |   n name=msgFromName value="Jrisen@aol.com"><input type=hidden
=FromText value="Jrisen@aol.com"
  76173   |   ></form><form name=move action="/cgi-bin/getmsg"><input type=hidden
=curmbox value="F00000000
272076270  |   4"><input type=hidden name=msg value=MSG1084050978.129><input
type=hidden name=js<input type=hid
272076367  |   den name=_HMaction value=""><input type=hidden name=cmd<input
type=hidden name=IsAddressedToUser
272076464  |   value=""><input type=hidden name=tobox></form><form
name=block<input type=hidden name=curmbox v
272076561  |   alue="F000000004"><input type=hidden name=_HMaction><input
type=hidden name=IsSingleMsg value=1><
272076658  |   input type=hidden name=from value=getmsg><input type=hidden
name=ReportLevel value=""><input type
272076755  |   =hidden name="MSG1084050978.129" value=on></form> <script> function
PI(a,b) { document.move._HMac
272076852  |   tion.value=a document.move.tobox.value=b document.move.submit() }
function HM(l){G('/cgi-bin/HoTM
272076949  |   aiL?'+l)} function GM(l){G("/cgi-bin/getmsg?"+l)} function
MP(l){G(l+"&curmbox=F000000004&a=81ccb
272077046  |
943352b8e8553481c8f6e157f01&msg=MSG1084050978.129&start=335053&len=1529")} function
S(t,a,b,c,d,e
272077143  |
,f,g,h){G('/cgi-bin/'+t+'?msg='+a+'&start='+b+'&len='+c+'&mfs='+d+'&cmd='+h+'&lastms
gid='+e+'&msg
272077240  |   read='+f+'&etype='+g)} function DB(a) { frm.action="/cgi-bin/kill"
frm.ReportLevel.value=a frm._H
272077337  |   Maction.value=a frm.submit() } var frm=document.block </script> </td>
<td width=100% valign=top>
272077434  |   <table border=0 cellpadding=0 cellspacing=0 width=100% <tr> <td
valign=top width=100% class="HT"
°77077531  |   > <style> .HT {padding-top:5px}
   border:0px;cell-spacing:0px;margin:0px;width:100%} .TH TD{pa
  77628   |   dding-bottom:3px} .LH {padding-bottom:5px;white-space:nowrap} TT, PRE
-size:12px} </style> <
272077725  |   table class="TH"> <tr><td nowrap>From : </td><td>
&lt;Jrisen@aol.com&gt;</td></tr> <tr>
272077822  |   <td
nowrap>Sent : </td><td>Saturday, May 8, 2004 5:15&nbsp
;PM</td><
272077919  |   /tr> <tr><td
nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr> <tr><td nowrap>Subject
272078016  |    : </td><td>Re: (no subject)</td></tr> <tr><td
style="padding-bottom:0px"><img src="htt
272078113  |   p://64.4.43.24/spacer.gif" width=70 height=1></td><td width=100%
style="padding-bottom:0px"></td
272078210  |   ></tr> </table>   </td> <td class="HT" align=right valign=top <table
border=0 cellspacing=0 cellp
272078307  |   adding=2> <tr> <td><a
href="javascript:S('getmsg','MSG1084133479.30','414565','1526','','MSG10840
272078404  |   50978.129','1','','prev')" tabindex=1><img
src="http://64.4.43.24/i.p.previous.gif" border=0 alt=
272078501  |   "Go to previous message"></a></td><td>|</td> <td><a
href="javascript:S('getmsg','MSG1084050942.85
272078598  |   ','333585','1468','','MSG1084050978.129','1','','next')"
tabindex=2><img src="http://64.4.43.24/i
272078695  |   .p.next.gif" border=0 alt="Go to next message"></a></td><td>|</td>
<td nowrap><a href="javascript
272078792  |   :HM('')"> <img src="http://64.4.43.24/i.p.trash.gif" align=left
border=0> Trash Can</a></td><td>|
272078889  |   </td> <td nowrap><a href="javascript:HM('curmbox=F000000001')"><img
src="http://64.4.43.24/i.p.fo
```

GOVERNMENT EXHIBIT 121 1:10CR485

E03332

103.txt

```
78986  |    lder.inbox.gif" align=left border=0>Inbox</a> </td> </tr> </table>
      </tr> </table> <table bo
  79083  |    rder=0 cellpadding=0 cellspacing=0 width=100%> <tr> <td width=100%
style="padding-bottom:5px"> </
272079180  |    td> </tr> </table> <table bgcolor=#FFFFFF height=209 width=100%> <tr>
<td valign=top>    <table bo
272079277  |    rder=0 cellspacing=8 cellpadding=0 width=100% align=center nowrap>
<tr><td>  <DIV><SCRIPT>  <!--
272079374  |    function Filtered() { return 0 } //--> </SCRIPT>  I want to call
today. I'm trying to write
272079471  |    the story  jim <font color=#000000></div>  </td></tr> </table>
</td> </tr> </table> <div cla
272079568  |    ss="HT" style="padding-bottom:5px;"> <table width=100% border=0
cellspacing=0 cellpadding=2> <tr>
```

E03333

<u>Unallocated Cluster 103</u>

From:  Jrisen@aol.com
Sent:  Saturday, May 8, 2004 5:15 PM
To:  jsthe7th@hotmail.com

I want to call today.  I'm trying to write the story
jim

23

```
107283940  |   p} TT, PRE {font-size:12px} </style> <table class="TH"> <tr><td
nowrap>From : </td><td>
107284037  |   &lt;Jrisen@aol.com&gt;</td></tr> <tr><td
nowrap>Sent : </td><td>Sunday, May 
107284134  |   16, 2004 8:52 PM</td></tr> <tr><td
nowrap>To : </td><td>jsthe7th@hotmail
107284231  |   .com</td></tr> <tr><td nowrap>Subject : </td><td>Re: (no
subject)</td></tr> <tr><td sty
107284328  |   le="padding-bottom:0px"><img src="http://64.4.43.24/spacer.gif"
width=70 height=1></td width=
107284425  |   100%  style="padding-bottom:0px"></td></tr> </table>  </td> <td
class="HT" align=right valign=top
107284522  |   > <table border=0 cellspacing=0 cellpadding=2> <tr> <td><a
href="javascript:S('getmsg','','','','
107284619  |   ','MSG1084755156.62','','','prev')" tabindex=1><img
src="http://64.4.43.24/i.p.previous.gif" bord
107284716  |   er=0 alt="Go to previous message"></a></td><td>|</td> <td> <a
href="javascript:S('getmsg','','','','
107284813  |   ','','MSG1084755156.62','','','next')" tabindex=2><img
src="http://64.4.43.24/i.p.next.gif" border
107284910  |   =0 alt="Go to next message"></a></td><td>|</td> <td><a href="#"
onclick="G('/cgi-bin/getmsg?msg=M
107285007  |
SG1084755156.62&mfs=&_HMaction=move&tobox=F000000004&direction=next');return false;"
tabindex=2><
107285104  |   img src="http://64.4.43.24/i.p.delete.gif" border=0 align=absmiddle
hspace=1 alt="Delete"></a></t
107285201  |   d><td>|</td> <td nowrap><a
href="javascript:HM('curmbox=F000000001')"><img src="http://64.4.43.24
107285298  |   /i.p.folder.inbox.gif" align=left border=0>Inbox</a> </td> </tr>
</table> </td> </tr> </table> <t
107285395  |   able border=0 cellpadding=0 cellspacing=0 width=100%> <tr> <td
width=100% style="padding-bottom:5
107285492  |   px"> </td> </tr> </table> <table bgcolor=#FFFFFF height=209
width=100%> <tr> <td valign=top>  <t
107285589  |   able border=0 cellspacing=8 cellpadding=0 width=100% align=center
nowrap>  <tr><td> <DIV><SCRIPT
107285686  |   > <!-- function Filtered() { return 0 } //--> </SCRIPT>  I am sorry
if I have failed you so far.
107285783  |   But I really enjoy talking with you, and I would like to continue.
jim <font color=#000000></div>
107285880  |   </td></tr> </table> </td> </tr> </table> <div class="HT"
style="padding-bottom:5px;"> <table wi
107285977  |   dth=100% border=0 cellspacing=0 cellpadding=2> <tr> <td><a
href="javascript:MP('/cgi-bin/compose?
107286074  |   type=r')" tabindex=1> <img src="http://64.4.43.24/i.p.reply.gif"
border=0 align=absmiddle hspace=
107286171  |   1 alt="Reply"></a></td> <td>|</td> <td><a
href="javascript:MP('/cgi-bin/compose?type=ra')" tabind
107286268  |   ex=1><img src="http://64.4.43.24/i.p.replyall.gif" border=0
align=absmiddle hspace=1 alt="Reply A
107286365  |   ll"></a></td> <td>|</td> <td><a
href="javascript:MP('/cgi-bin/compose?type=f')" tabindex=1><img s
107286462  |   rc="http://64.4.43.24/i.p.fwd.gif" border=0 align=absmiddle
hspaceGIF89a····Ä··ù"-ÌÒ3õÕXûïLõ-Õp@@
107286559  |   ""!··
WW·ÿ½·Œef´›,ÑÄFÓI·ûs$¯33õr·ñ}nÎR,ö'rø‡·òS·Ìï4g44ÌÏfbý4ÿÿÿ···············!ù·····,··
·······
107286656  |   € &ŽdiŽwªžè·½pz°pý^%mÛ8°î=0î¯¨··1'·CA¼--Z¯P·d¬·.+¬ ZD3·€ƒ·€·./ËB¤ø†+
I·Q·¼·"jf ¯T·····v·\JO··‹sh·A
107286753  |   B_··"·Z·ÛB /··-0
"J··¥¦2,B"¨@-#!·;·····························
107286850  |   ························································
```

Page 1

GOVERNMENT
EXHIBIT
122
1:10CR485

E0323

<u>Swap File 23</u>

From:  Jrisen@aol.com
Sent:  May 16, 2004 8:52 PM
To:  jsthe7th@hotmail.com

I am sorry if I have failed you so far.  But I really enjoy
talking with you, and I would like to continue.  jim

20

```
099995554  |   msgFromName value="Jrisen@aol.com"><input type=hidden name=FromText
value="Jrisen@aol.com"></form
099995651  |   ><form name=move action="/cgi-bin/getmsg"><input type=hidden
name=curmbox value="F000000001"><inp
099995748  |   ut type=hidden name=msg value=MSG1084813912.11><input type=hidden
name=js><input type=hidden name
099995845  |   =_HMaction value=""><input type=hidden name=cmd><input type=hidden
name=IsAddressedToUser value="
099995942  |   "><input type=hidden name=tobox></form><form name=block><input
type=hidden name=curmbox value="F0
099996039  |   00000001"><input type=hidden name=_HMaction><input type=hidden
name=IsSingleMsg value=1><input ty
099996136  |   pe=hidden name=from value=getmsg><input type=hidden name=ReportLevel
value=""><input type=hidden
099996233  |   name="MSG1084813912.11" value=on></form> <script> function PI(a,b) {
document.move._HMaction.valu
099996330  |   e=a document.move.tobox.value=b document.move.submit() } function
HM(l){G('/cgi-bin/HoTMaiL?'+l)}
099996427  |   function GM(l){G("/cgi-bin/getmsg?"+l)} function
MP(l){G(l+"&curmbox=F000000001&a=b68f2644ea4a9b
099996524  |   70fdd07d1c2f266d05&msg=MSG1084813912.11&start=421232&len=1362")}
function S(t,a,b,c,d,e,f,g,h){G(
099996621  |
'/cgi-bin/'+t+'?msg='+a+'&start='+b+'&len='+c+'&mfs='+d+'&cmd='+h+'&lastmsgid='+e+'&
msgread='+f+'
099996718  |   &etype='+g)} function DB(a) { frm.action="/cgi-bin/kill"
frm.ReportLevel.value=a frm._HMaction.va
099996815  |   lue=a frm.submit() } var frm=document.block </script> </td> <td
width=100% valign=top>
099996912  |   der=0 cellpadding=0 cellspacing=0 width=100%> <tr> <td valign=top
width=100% class="HT"> <style>
099997009  |   .HT {padding-top:5px}
.TH{border:0px;cell-spacing:0px;margin:0px;width:100%} .TH TD{padding-bott
099997106  |   om:3px} .LH {padding-bottom:5px;white-space:nowrap} TT, PRE
{font-size:12px} </style> <table clas
099997203  |   s="TH"> <tr><td nowrap>From : </td><td>
&lt;Jrisen@aol.com&gt;</td></tr> <tr><td nowrap
099997300  |
>Sent : </td><td>Monday, May 17, 2004 1:11 PM</td
></tr> <tr><t
099997397  |   d nowrap>To : </td><td>jsthe7th@hotmail.com</td></tr>
<tr><td nowrap>Subject :&nbs
099997494  |   p;</td><td>Re: </td></tr> <tr><td style="padding-bottom:0px"><img
src="ht
```

GOVERNMENT
EXHIBIT
123
1:10CR485

E0323

Swap File 20

From:   Jrisen@aol.com
Sent:   Monday, May 17, 2004 1:11 PM
To:     jsthe7th@hotmail.com

130

```
513769327  |     height=1> <form name=msgr><input type=hidden name=msgFromName
value="Jrisen@aol.com"><input type
513769424  |     =hidden name=FromText value="Jrisen@aol.com"></form><form name=move
action="/cgi-bin/getmsg"><inp
513769521  |     ut type=hidden name=curmbox value="F000000001"><input type=hidden
name=msg value=MSG1086898348.73
513769618  |     ><input type=hidden name=js><input type=hidden name=_HMaction
value=""><input type=hidden name=cm
513769715  |     d><input type=hidden name=IsAddressedToUser value=""><input
type=hidden name=tobox></form><form n
513769812  |     ame=block><input type=hidden name=curmbox value="F000000001"><input
type=hidden name=_HMaction><i
513769909  |     nput type=hidden name=IsSingleMsg value=1><input type=hidden
name=from value=getmsg><input type=h
513770006  |     idden name=ReportLevel value=""><input type=hidden
name="MSG1086898348.73" value=on></form> <scri
513770103  |     pt> function PI(a,b) { document.move._HMaction.value=a
document.move.tobox.value=b document.move.
513770200  |     submit() } function HM(l){G('/cgi-bin/HoTMaiL?'+l)} function
GM(l){G("/cgi-bin/getmsg?"+l)} funct
513770297  |     ion
MP(l){G(l+"&curmbox=F000000001&a=e5c393adbcab2c0c657591bb033e55ed&msg=MSG1086898348.
73&start=
513770394  |     531255&len=1323")} function
S(t,a,b,c,d,e,f,g,h){G('/cgi-bin/'+t+'?msg='+a+'&start='+b+'&len='+c+
513770491  |     '&mfs='+d+'&cmd='+h+'&lastmsgid='+e+'&msgread='+f+'&etype='+g)}
function DB(a) { frm.action="/cgi
513770588  |     -bin/kill" frm.ReportLevel.value=a frm._HMaction.value=a frm.submit()
} var frm=document.block </
513770685  |     script> </td> <td width=100% valign=top <table border=0
cellpadding=0 cellspacing=0 width=100%
513770782  |     <tr> <td valign=top width=100% class="HT">  <style> .HT
{padding-top:5px} .TH{border:0px;cell-spa
513770879  |     cing:0px;margin:0px;width:100%} .TH TD{padding-bottom:3px} .LH
{padding-bottom:5px;white-space:no
513770976  |     wrap} TT, PRE {font-size:12px} </style> <table class="TH"> <tr><td
nowrap>From : </td><
513771073  |     td> &lt;Jrisen@aol.com&gt;</td></tr> <tr><td
nowrap>Sent : </td><td>Thursday, June
513771170  |      10, 2004 4:12 PM</td></tr> <tr><td
nowrap>To : </td><td>jsthe7th@h
513771267  |     otmail.com</td></tr> <tr><td nowrap>Subject : </td><td>Re:
</td></tr> <tr><td style="pa
513771364  |     dding-bottom:0px"><img src="http://64.4.55.45/spacer.gif" width=70
height=1></td><td width=100%
513771461  |     style="padding-bottom:0px"></td></tr> </table>  </td> <td class="HT"
align=right valign=top> <tab
513771558  |     le border=0 cellspacing=0 cellpadding=2> <tr> <td><a
href="javascript:S('getmsg','','','','','MSG
513771655  |     1086898348.73','','','','prev')" tabindex=1><img
src="http://64.4.55.45/i.p.previous.gif" border=0 a
513771752  |     lt="Go to previous message"</a></td><td>|</td> <td><a
href="javascript:S('getmsg','','','','','M
513771849  |     SG1086898348.73','','','','next')" tabindex=2><img
src="http://64.4.55.45/i.p.next.gif" border=0 alt
513771946  |     ="Go to next message"></a></td><td>|</td> <td><a href="#"
onclick="G('/cgi-bin/getmsg?msg=MSG1086
513772043  |
898348.73&mfs=&_HMaction=move&tobox=F000000004&direction=next');return false;"
tabindex=2><img sr
513772140  |     c="http://64.4.55.45/i.p.delete.gif" border=0 align=absmiddle
hspace=1 alt="Delete"></a></td><td>
513772237  |     |</td> <td nowrap><a href="javascript:HM('curmbox=F000000001')"><img
```

Page 1

GOVERNMENT
EXHIBIT
124
1:10CR485

E032

130

```
           src="http://64.4.55.45/i.p.f
513772334  |    older.inbox.gif" align=left border=0>Inbox</a> </td> </tr> </table>
</td> </tr> </table> <table b
513772431  |    order=0 cellpadding=0 cellspacing=0 width=100%> <tr> <td width=100%
style="padding-bottom:5px"> <
513772528  |    /td> </tr> </table> <table bgcolor=#FFFFFF height=209 width=100%>
<tr> <td valign=top    <table b
513772625  |    order=0 cellspacing=8 cellpadding=0 width=100% align=center nowrap>
<tr><td> <DIV><SCRIPT> <!--
513772722  |      function Filtered() { return 0 } //--> </SCRIPT> <FONT
FACE=arial,helvetica><FONT  SIZE=2 PTSIZE
513772819  |    =10 FAMILY="SANSSERIF" FACE="Arial" LANG="0">I can get it to you.
where can I send it? </FONT> <f
513772916  |    ont color=#000000></div>  </td></tr> </table> </td> </tr> </table>
<div class="HT" style="padding
513773013  |    -bottom:5px;"> <table width=100% border=0 cellspacing=0
cellpadding=2> <tr> <td><a href="javascri
513773110  |    pt:MP('/cgi-bin/compose?type=r')" tabindex=1> <img
src="http://64.4.55.45/i.p.reply.gif" border=0
513773207  |    align=absmiddle hspace=1 alt="Reply"></a></td> <td>|</td> <td><a
href="javascript:MP('/cgi-bin/c
513773304  |    ompose?type=ra)" tabindex=1><img
src="http://64.4.55.45/i.p.replyall.gif" border=0 align=absmidd
513773401  |    le hspace=1 alt="Reply All"></a></td> <td>|</td> <td><a
href="javascript:MP('/cgi-bin/compose?typ
513773498  |    e=f')" tabindex=1><img src="http://64.4.55.45/i.p.fwd.gif" border=0
align=absmiddle hspace=1 alt=
513773595  |    "Forward"></a></td> <td width=100%></td> <td><a
href="javascript:S('getmsg','','','','','',MSG10868
513773692  |    98348.73','','','','prev')" tabindex=1><img
src="http://64.4.55.45/i.p.previous.gif" border=0 alt="G
513773789  |    o to previous message"></a></td><td>|</td> <td><a
href="javascript:S('getmsg','','','','','',MSG108
513773886  |    6898348.73','','','','next')" tabindex=2><img
src="http://64.4.55.45/i.p.next.gif" border=0 alt="Go
513773983  |    to next message"></a></td><td>|</td> <td><a href="#"
onclick="G('/cgi-bin/getmsg?msg=MSG108689834
513774080  |    8.73&mfs=&_HMaction=move&tobox=F000000004&direction=next');return
false;" tabindex=2><img src="ht
513774177  |    tp://64.4.55.45/i.p.delete.gif" border=0 align=absmiddle hspace=1
alt="Delete"></a></td><td>|</td
513774274  |    > <td nowrap><a href="javascript:HM('curmbox=F000000001')"><img
src="http://64.4.55.45/i.p.folder
513774371  |    .inbox.gif" align=left border=0>Inbox</a> </tr> </table> </div>
</td><td width=10><img src="
513774468  |    http://64.4.55.45/spacer.gif" width=10 height=1></td> <td valign=top
width=160> <IFRAME FRAMEBORD
513774565  |    ER=0 SCROLLING=NO MARGINHEIGHT=0 MARGINWIDTH=0 WIDTH=160 HEIGHT=600
SRC="http://rad.msn.com/ADSAd
513774662  |
Client31.dll?GetAd?PG=PROHO2?SC=D1?HM=045647475a5f4a1255565544500547767 9084e3c570420
54155a535e504
513774759  |
60e4a4149616d?LOC=I?TF=_NEW?ID=000149905C062A3A?UC=1?PS=8315?PI=44364?AP=1090?NA=114
0?NC=9523" ta
513774856  |    bindex="-1"></IFRAME>  </td> </tr></table><table border=0
cellpadding=0 cellspacing=0 width=100%>
513774953  |      <tr> <td height=24 colspan=2 >.   <a
href="http://g.msn.com/8HMBEN/9853??PS=8317"
```

Page 2

<u>Unallocated Cluster 130</u>

From:  Jrisen@aol.com
Sent:  Thursday, June 10, 2004 4:12 PM
To:  jsthe7th@hotmail.com

I can get it to you. where can I send it?