

1B1

Reju K. Kurian
WFO/IS-4 CART

SubmissionID: 37541, 38839

QWF/_/

JUMPER CONNECTION

Cable    JUMPER   Power

MASTER OR
SINGLE DRIVE



GOVERNMENT EXHIBIT 157

Page 2 of 3...

1B1

Reju K. Kurian
WFO/IS-4 CART

SubmissionID: 37541, 38839

QWF1_1



Page 3 of 3

RKK

**Western Digital**
www.westerndigital.com
WD Caviar ™
Enhanced IDE Hard Drive
**WD300**
Drive Parameters: LBA 58633344  30:0 GB
S/N: WMA7H1424884
5VDC
12VDC
MDL: WD300AB-00BVA0
DATE: 28 MAR 2001
DCM: HSCHBQ2CH
Made in Malaysia
Product warranty will be void if label or cover is removed or...
WD P/N: WD300AB-00BVA0

DO NOT COVER ANY DRIVE HOLES
FRAGILE

CAUTION: This media may contain executable code, viruses, contraband, obscene material and/or Copyright protected data. This media should not be viewed or introduced into a classified computer or system.

J8 JUMPER SETTINGS
40 Pin Conn.
POWER
Standard Settings
Slave Master Single
Most drives are shipped with a jumper as shown above. No need to remove for single drive setting.

檢磁 3902A182

IMAGE OF QWF1-1(1B1)
DEWF1-1
RKK 09/05/06

Reju K. Kurian
WFO/IS-4 CART
SubmissionID: 37541, 38839

GOVERNMENT
EXHIBIT
158

Page 3 of 35
RKK



GOVERNMENT EXHIBIT 159



FOUO (FOR OFFICIAL USE ONLY)
WASHINGTON FIELD CART

Federal Bureau
of Investigation
CART
WFO-CART/TKK
9/28/2006

Caution: This media may contain executable code, viruses, contraband, obscene material and/or copyright protected data. This media should not be viewed or introduced into a classified computer system

DEWFI-4
Keyword search and email processing results from image of hard drive identified as QWFI-1 from 1B1
Disk 1 of 1

GOVERNMENT EXHIBIT 160