IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 2

The United States, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree that business records reflect the following:

From 2003 through 2006, Jeffrey Sterling was the subscriber for the following MSN email addresses: (1) jeffreys@hotmail.com and (2) jsthe7th@hotmail.com.

From 2003 through 2005, James Risen was the subscriber for AOL email address jrisen@aol.com. During this period, James Risen also used the work email address jrisen@nytimes.com.

While living at 13455 Farmcrest Court, Herndon, Virginia, Jeffrey Sterling was the subscriber for Verizon telephone number (703) 793-9388.

From 2003 through 2005, James Risen was the subscriber for Verizon telephone number (301) 977-9159.

From 2003 through 2005, James Risen was the subscriber to cellular telephone number (301) 208-2580.

From 2004 through 2005, James Risen was the subscriber to cellular telephone number



GOVERNMENT EXHIBIT
162
1:10CR485

(240) 994-9524.

From 2003 through 2005, the telephone number for the Washington, D.C., office of *The New York Times* was (202) 862-0300.

From June 2004 through 2005, Jeffrey Sterling's telephone number at his office in St. Louis, Missouri, was (314) 923-4274, and his business cellular telephone number was (314) 479-3563.

UNITED STATES OF AMERICA

By: _____

James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____

Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____

Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 4

The United States of America, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree as follows:

On or about August 16, 2006, at the request of the FBI, John and Lora Dawson voluntarily provided the following personal computer to the FBI, which has been maintained since that time pursuant to standard FBI evidence-handling procedures, including any time during which it was submitted for forensic analysis by FBI personnel:

One (1) Packard Bell L100 personal computer, bearing serial number P493907180, and containing Seagate Hard Drive ST33210A, bearing serial number 5AB11AEB.

UNITED STATES OF AMERICA

By: _____
James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

GOVERNMENT EXHIBIT
164
1:10CR485

By: _____
Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____
Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 9

The United States, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree as follows:

The documents contained in GX142, GX143, GX144, and GX145 were seized from Jeffrey Sterling's residence, located at 1540 Rosedale Dr., O'Fallon, Missouri, 63366, on October 5, 2006.

UNITED STATES OF AMERICA

By: _____

James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____

Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

GOVERNMENT EXHIBIT
169
1:10CR485

By: _____
Jeffrey Alexander Sterling