

WE ARE PLEASED TO ANNOUNCE THAT BANK ONE CORPORATION
AND J.P.MORGAN CHASE AND CO. HAVE MERGED. THE CHASE
AND BANK ONE FAMILY OF COMPANIES ARE NOW AFFILIATES.
WE WILL CONTINUE TO HONOR YOUR EXISTING PRIVACY PREFERENCES
WHEN SHARING INFORMATION AMONG THESE NEW AFFILIATES.

This Statement is a Facsimile - Not an Original

GOVERNMENT
EXHIBIT
125
1:10CR485

A00853

Statement Date:  06/05/04 - 07/07/04
Account Number:  ████████ 4170
Page 2 of 2

**FINANCE CHARGES**                                    PERIODIC RATE(S) AND APR(S) MAY VARY

| Category | Daily Periodic Rate 33 days in cycle | Corresponding APR | Average Daily Balance Previous Cycle | Current Cycle | Finance Charge Due To Periodic Rate | Transaction Fees | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |
| Cash advances | | | | | | | |

Total finance charges
Effective Annual Percentage Rate (APR):  ████████

Grace Period Type:  A  *(Please see back of statement for the Grace Period explanation.)*

The Corresponding APR is the rate of interest you pay when you carry a balance on purchase or cash advance. The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

T0704125    CARDMEMBER THANK YOU NOTICE: YOU'VE EARNED A
            FREE CARDMEMBER THANK YOU - WORTH UP TO $180.00!
            CALL 1-800-982-5314 TO FIND OUT HOW TO CLAIM YOURS NOW!
            QUANTITIES ARE LIMITED. CALL NOW TO GUARANTEE YOUR
            SELECTIONS.

T0704125    AS A VALUED CARDMEMBER, YOU ARE ELIGIBLE TO RECEIVE HIGH-
            QUALITY MERCHANDISE NOT AVAILABLE TO THE GENERAL PUBLIC FROM
            TOP BRANDS SUCH AS LENOX, TONKA, DISNEY AND MORE! JUST GO TO
            WWW.VALUECENTER.COM AND ENTER IN 109008 WHERE IT ASKS FOR
            YOUR CERTIFICATE NUMBER. ACT NOW, QUANTITIES ARE LIMITED!

**This Statement is a Facsimile - Not an Original**
5535  3200  000     001    7  L   042727      2 Page 2 of 2      3754  4200 500704  01000030

A00854

CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Tammy Black_ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by _Chase Bank USA_ (business), and that my official title is _Subpoena Analyst_ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of _Chase Bank USA_ (business), and that I am the custodian of the attached records consisting of _82_ pages. I have provided the following records to the United States:

_See Inventory Listing_
_enclosed_

I further state that:

A. all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B. such records were kept in the course of a regularly conducted business activity of _Chase Bank USA_ (business); and

C. such records were made by _Chase Bank USA_ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_Tammy Black_
(Signature)
_March 24, 2010_
(Date)

10-3 / 06GJ376 / 10-159

_7610 W. Washington St Indpls, In 46231_
(Address)
_317-757-7430_
(Phone)

# UNTITLED CIA BOOK

## By James Risen

REDACTED

REDACTED

GOVERNMENT
EXHIBIT
128
1:10CR485

REDACTED

REDACTED

REDACTED

X00152

REDACTED

REDACTED

REDACTED

X00153

REDACTED


REDACTED


Under    **Merlin**    , True First Name , a Russian nuclear scientist

who had earlier defected to the United States, posed as an

unemployed and greedy scientist willing to sell nuclear

X00154

designs to the highest bidder. Under CIA orders, **True First Name**

approached Iranian officials in Vienna, and turned over the

nuclear blueprints. Within days, the National Security

Agency, which secretly eavesdrops on all international

airline reservations systems, watched as an Iranian official

in Vienna abruptly left Austria and returned home to Iran.

The CIA later learned from another source that the

blueprints were being kept in a highly secure place in the

Iranian facility where scientists are working on a nuclear

weapon.

CIA officers involved in the operation have come to the

author to discuss the case because they now feel enormous

guilt for a program that they believe has aided Iran's

nuclear program. This book will provide the full details of

**Merlin**    , and will explain how and why the CIA

mounted such a dangerous operation.

X00155

REDACTED

REDACTED

REDACTED

X00156

REDACTED

REDACTED

REDACTED

X00157

REDACTED

REDACTED

REDACTED

X00158

REDACTED

REDACTED

REDACTED

X00159



**Statement** for account number: ▉▉▉▉170

| New Balance | Payment Due Date 12/30/04 | Past Due Amount | Minimum Payment |
|---|---|---|---|

Amount Enclosed $

Make your checks payable to Bank One. New address or e-mail? Print on back.

**BANK ONE.**

Did you know you could transfer balances online? Check out if you qualify by going to www.bankone5T.com.

CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON DE 19886-5153

JAMES E RISEN
MILLICENT S RISEN
BERWOOD MD 20886-1210

**BANK ONE.**

Statement Date: 11/06/04 - 12/05/04
Payment Due Date: 12/30/04
Minimum Payment Due:

CUSTOMER SERVICE
In U.S. 1-800-436-7927
Español 1-888-446-3308
TDD 1-800-955-8060
Outside U.S. call collect
1-302-594-8200

**VISA ACCOUNT SUMMARY**    Account Number: ▉▉▉▉4170

| | |
|---|---|
| Previous Balance | |
| Payment, Credits | |
| Purchase, Cash, Debits | |
| Finance Charges | |
| New Balance | |

| | |
|---|---|
| Total Credit Line | |
| Available Credit | |
| Cash Access Line | |
| Available for Cash | |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 15153
Wilmington, DE 19886-5153

VISIT US AT:
www.cardmemberservices.com

**TRANSACTIONS**



| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Debit |
|---|---|---|---|---|
| 11/04 | | | | |
| 11/05 | | | | |
| 11/08 | | | | |
| 11/08 | | | | |
| 11/09 | | | | |
| 11/10 | | | | |
| 11/11 | | | | |
| 11/10 | | | | |
| 11/11 | | | | |
| 11/12 | | | | |
| 11/12 | | | | |
| 11/14 | | | | |
| 11/14 | | | | |
| 11/14 | | | | |
| 11/17 | | | | |
| 11/17 | | | | |
| 11/16 | | | | |
| 11/17 | 74564524323187000217122 | INTER-CONTINENTAL VIENNA VIENNA | | 211.38 |
| | 11/18 EURO | 158.00 X 1.3116 (EXCHANGE RATE) + 4.14 (EXCHANGE RATE ADJ) | | |
| 11/17 | | | | |
| 11/18 | | | | |
| 11/18 | | | | |
| 11/19 | | | | |
| 11/20 | | | | |
| 11/19 | | | | |
| 11/19 | | | | |
| 11/21 | | | | |
| 11/21 | 74564524327187000258813 | INTER-CONTINENTAL VIENNA VIENNA | | 288.43 |
| | 11/23 EURO | 215.30 X 1.3179 (EXCHANGE RATE) + 5.67 (EXCHANGE RATE ADJ) | | |
| 11/23 | | | | |
| 11/22 | | | | |
| 11/23 | | | | |
| 11/24 | | | | |
| 11/23 | | | | |
| 11/24 | | | | |
| 11/26 | | | | |

**This Statement is a Facsimile - Not an original**

GOVERNMENT
EXHIBIT
129
1:10CR485

A00867

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

Information About Your Account

A00868



Statement Date:   11/08/04 - 11/05/04
Account Number:   ████4170
Page 2 of 2

## TRANSACTIONS



| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 11/27 | | | | |
| 11/28 | | | | |
| 11/27 | | | | |
| 11/29 | | | | |
| 11/29 | | | | |
| 11/29 | | | | |
| 11/30 | | | | |
| 12/01 | | | | |
| 12/03 | | | | |
| 12/02 | | | | |

## FINANCE CHARGES

PERIODIC RATE(S) AND APR(S) MAY VARY

| Category | Daily Periodic Rate 30 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | | | | | | |
| Cash advances | | | | | | |
| Promotions | | | | | | |

Total finance charges
Effective Annual Percentage Rate (APR):   ████

The Corresponding APR is the rate of interest you pay when you carry a balance on purchases or cash advances.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

Bank One and Chase have merged. During the merger transition you may receive communications from us under both the Bank One and Chase brands. Both brands mean Chase Manhattan Bank USA, N.A., which owns your account and issues your card. We look forward to serving you and thank you for your business!

TRANSFERRING BALANCES HAS NEVER BEEN SO SIMPLE, SAFE, AND CONVENIENT. SIMPLIFY YOUR LIFE AND SAVE TIME AND MONEY BY CONSOLIDATING OTHER HIGH-RATE CREDIT CARD BALANCES TO YOUR CREDIT CARD ACCOUNT. SIMPLY LOG ONTO WWW.CARDMEMBERSERVICES.COM/BT TO SEE IF YOU QUALIFY.

Check out Chase-sponsored Amazon Theater this holiday season: Five original short films starring celebrities such as Daryl Hannah, Blair Underwood, Chris Noris, Minnie Driver, and director Tony Scott, available exclusively at www.amazon.com

Did you know you have access to a Free Year End Summary? Just login online at cardmemberservices.com by 1/31/05 and a copy will be automatically available online by 5/1/05! It's that simple!

This Statement is a Facsimile - Not an original

A00869

CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _Tammy Black_ (name), attest under penalties of perjury (or criminal
punishment for false statement or false attestation) that I am employed by
_Chase Bank USA_ (business), and that my official title is
_Subpoena Analyst_ (title). I am a custodian of records for such business
entity. I state that each of the records attached hereto is the original record or a true duplicate of the
original record in the custody of _Chase Bank USA_ (business), and that I am
the custodian of the attached records consisting of _182_ pages. I have provided the following
records to the United States:
_See Inventory Listing_
_enclosed_

I further state that:

A.   all records attached to this certificate were made at or near the time of the occurrence
     of the matters set forth, by, or from information transmitted by, a person with
     knowledge of those matters;

B.   such records were kept in the course of a regularly conducted business activity of
     _Chase Bank USA_ (business); and

C.   such records were made by _Chase Bank USA_ (business) as
     a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of
Evidence.

_Tammy Black_
(Signature)

_March 24, 2010_
(Date)

10-3 / 06GJ376 / 10-159

_1010 W. Washington St Indpls, In 46231_
(Address)

_317-757-7430_
(Phone)

JUDGMENT

FILED: August 3, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 04-1495
CA-03-329-1

JEFFREY ALEXANDER STERLING

           Plaintiff - Appellant

    v.

GEORGE TENET, Director, Central Intelligence Agency

           Defendant - Appellee

        and

JOHN DOES 1-10

           Defendant

---------------------
Appeal from the United States District Court for the
Eastern District of Virginia at Alexandria
---------------------

In accordance with the written opinion of this Court filed
this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the
District Court upon issuance of the mandate. The judgment will
take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

GOVERNMENT
EXHIBIT
130
1:10CR485

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS
## PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, JOSE NARIO, attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by Barnes & Noble, and that my official title is Director of Customer Experience.   I am a custodian of records for such business entity.   I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Barnes & Noble, and that I am the custodian of the attached records consisting of SIX (6) pages.   I have provided the following records to the United States:

Summary inventory charts reflecting the number of units of *State of War: The Secret History of the CIA and the Bush Administration* sent to selected Barnes & Noble stores within Virginia and elsewhere as of **5/27/06**  Barnes & Noble records indicate that books were delivered from the Barnes & Noble Distribution Center in New Jersey via Argix Direct

I further state that:

A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

B.    such records were kept in the course of a regularly conducted business activity of Barnes & Noble; and

C.    such records were made by Barnes & Noble as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11)of the Federal Rules of Evidence.

Signature

Date   12/18/2014

Address   122 FFK Avenue
MY, NY 12011

## Sales and Inventory by Location: From Initial Order through a Maximum of 5/27/2006

| Store | | | | | | | | Metrics | | |
|-------|--------------|------|-----|-----|------|--------------|------------|----------|---------------|----------------|
| Num | Address Line 1 | City | ST | ZIP | | | Week Ending | Sales Units | On Hand Units | On Order Units |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 12/17/2005 | - | - | 50 |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 12/24/2005 | - | - | 50 |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 12/31/2005 | - | 50 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 01/07/2006 | 5 | 45 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 01/14/2006 | 3 | 42 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 01/21/2006 | 1 | 41 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 01/28/2006 | - | 41 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 02/04/2006 | 1 | 40 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 02/11/2006 | 3 | 37 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 02/18/2006 | 2 | 35 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 02/25/2006 | 2 | 33 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 03/04/2006 | 1 | 32 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 03/11/2006 | 1 | 31 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 03/18/2006 | - | 31 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 03/25/2006 | - | 31 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 04/01/2006 | - | 31 | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 04/08/2006 | - | - | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 04/15/2006 | - | - | - |
| 888 | 4238 WILSON BLVD | ARLINGTON | VA | 22203 | 9780743270663 | State of War: The Secret History of | 04/22/2006 | - | - | - |
| 888 | | | | | | Total Sales, Maximum On Hand & On Order | | 19 | 50 | 50 |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 12/17/2005 | - | - | 60 |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 12/24/2005 | - | - | 60 |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 12/31/2005 | - | 60 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 01/07/2006 | 21 | 39 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 01/14/2006 | 16 | 35 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 01/21/2006 | 7 | 28 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 01/28/2006 | 3 | 25 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 02/04/2006 | 6 | 19 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 02/11/2006 | 5 | 14 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 02/18/2006 | 3 | 11 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 02/25/2006 | 1 | 10 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 03/04/2006 | 1 | 9 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 03/11/2006 | 2 | 7 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 03/18/2006 | 1 | 6 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 03/25/2006 | 2 | 4 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 04/01/2006 | 1 | 3 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 04/08/2006 | 1 | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 04/15/2006 | - | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 04/22/2006 | - | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 04/29/2006 | - | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 05/06/2006 | - | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 05/13/2006 | - | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 05/20/2006 | - | 2 | - |
| 2068 | 2800 CLARENDON BLVD. SUITE 500 | ARLINGTON | VA | 22201 | 9780743270663 | State of War: The Secret History of | 05/27/2006 | - | 2 | - |
| 2068 | | | | | | Total Sales, Maximum On Hand & On Order | | 70 | 60 | 60 |
| 2238 | 7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 | State of War: The Secret History of | 12/17/2005 | - | - | 60 |
| 2238 | 7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 | State of War: The Secret History of | 12/24/2005 | - | - | 60 |
| 2238 | 7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 | State of War: The Secret History of | 12/31/2005 | - | 60 | - |
| 2238 | 7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 | State of War: The Secret History of | 01/07/2006 | 24 | 36 | - |

CONFIDENTIAL

A01333

**Sales and inventory by Location: From initial Order through a Maximum of 5/27/2006**

| Store | | | | | | Metrics | | |
|---|---|---|---|---|---|---|---|---|
| Num  Address Line 1 | City | ST | ZIP | | | Week Ending | Sales Units | On Hand Units | On Order Units |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 01/14/2006 | 22 | 41 | 2 |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 01/21/2006 | 6 | 39 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 01/28/2006 | 4 | 35 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 02/04/2006 | 3 | 32 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 02/11/2006 | 3 | 29 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 02/18/2006 | 1 | 28 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 02/25/2006 | 2 | 26 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 03/04/2006 | - | 26 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 03/11/2006 | 1 | 25 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 03/18/2006 | - | 25 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 03/25/2006 | 1 | 24 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 04/01/2006 | - | 5 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 04/08/2006 | - | 5 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 04/15/2006 | 1 | 4 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 04/22/2006 | 1 | 3 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 04/29/2006 | 2 | 3 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 05/06/2006 | - | 4 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 05/13/2006 | - | 4 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 05/20/2006 | - | 4 | - |
| 2238  7851 L. TYSONS CORNER CENTER | MCLEAN | VA | 22102 | 9780743270663 State of War: The Secret History of | 05/27/2006 | 1 | 3 | - |
| **2238** | | | | Total Sales, Maximum On Hand & On Order | | **72** | **60** | **60** |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 12/24/2005 | - | - | 81 |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 12/31/2005 | - | 80 | 1 |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 01/07/2006 | 24 | 57 | 20 |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 01/14/2006 | 25 | 32 | 21 |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 01/21/2006 | 9 | 44 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 01/28/2006 | 5 | 39 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 02/04/2006 | 5 | 34 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 02/11/2006 | 5 | 29 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 02/18/2006 | 4 | 25 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 02/25/2006 | 3 | 22 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 03/04/2006 | 4 | 18 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 03/11/2006 | 1 | 17 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 03/18/2006 | 2 | 15 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 03/25/2006 | 2 | 8 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 04/01/2006 | - | 8 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 04/08/2006 | 1 | 7 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 04/15/2006 | - | 7 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 04/22/2006 | - | 7 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 04/29/2006 | 1 | 6 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 05/06/2006 | - | 6 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 05/13/2006 | 1 | 5 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 05/20/2006 | - | 5 | - |
| 2703  1851 FOUNTAIN DRIVE | RESTON | VA | 20190 | 9780743270663 State of War: The Secret History of | 05/27/2006 | - | 5 | - |
| **2703** | | | | Total Sales, Maximum On Hand & On Order | | **92** | **80** | **81** |
| 2712  6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 12/24/2005 | - | - | 80 |
| 2712  6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 12/31/2005 | - | 80 | - |
| 2712  6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 01/07/2006 | 9 | 71 | - |
| 2712  6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 01/14/2006 | 7 | 64 | - |

A01334

## Sales and Inventory by Location: From Initial Order through a Maximum of 5/27/2006

| Num | Address Line 1 | City | ST | ZIP | | Week Ending | Sales Units | On Hand Units | On Order Units |
|-----|----------------|------|----|----|--|-------------|-------------|---------------|----------------|
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 01/21/2006 | - | 64 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 01/28/2006 | 3 | 61 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 02/04/2006 | - | 61 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 02/11/2006 | 4 | 57 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 02/18/2006 | 1 | 56 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 02/25/2006 | - | 56 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 03/04/2006 | 1 | 55 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 03/11/2006 | - | 55 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 03/18/2006 | - | 55 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 03/25/2006 | 1 | 54 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 04/01/2006 | 1 | 53 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 04/08/2006 | - | 53 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 04/15/2006 | 1 | 42 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 04/22/2006 | - | 42 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 04/29/2006 | - | 42 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 05/06/2006 | - | 42 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 05/13/2006 | - | 8 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 05/20/2006 | - | 1 | - |
| 2712 | 6260 SEVEN CORNERS CENTER | FALLS CHURCH | VA | 22044 | 9780743270663 State of War: The Secret History of | 05/27/2006 | 1 | - | - |
| 2712 | | | | | Total Sales, Maximum On Hand & On Order | | 29 | 80 | 80 |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 12/24/2005 | - | - | 20 |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 12/31/2005 | - | 20 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 01/07/2006 | 1 | 19 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 01/14/2006 | - | 19 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 01/21/2006 | - | 19 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 01/28/2006 | - | 19 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 02/04/2006 | 1 | 18 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 02/11/2006 | 4 | 14 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 02/18/2006 | - | 14 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 02/25/2006 | - | 14 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 03/04/2006 | - | 14 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 03/11/2006 | - | 14 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 03/18/2006 | 2 | 12 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 03/25/2006 | - | 12 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 04/01/2006 | - | 12 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 04/08/2006 | 1 | 5 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 04/15/2006 | - | 5 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 04/22/2006 | - | 5 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 04/29/2006 | 1 | 4 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 05/06/2006 | - | 4 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 05/13/2006 | - | 4 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 05/20/2006 | 1 | 3 | - |
| 2868 | 3400 FOREST DRIVE | COLUMBIA | SC | 29204 | 9780743270663 State of War: The Secret History of | 05/27/2006 | 1 | 2 | - |
| 2868 | | | | | Total Sales, Maximum On Hand & On Order | | 12 | 20 | 20 |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 State of War: The Secret History of | 12/24/2005 | - | - | 50 |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 State of War: The Secret History of | 12/31/2005 | - | 50 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 State of War: The Secret History of | 01/07/2006 | 6 | 48 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 State of War: The Secret History of | 01/14/2006 | 9 | 35 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 State of War: The Secret History of | 01/21/2006 | 4 | 31 | - |

A01335

## Sales and Inventory by Location: From Initial Order through a Maximum of 5/27/2006

| Num | Address Line 1 | City | ST | ZIP | | | Week Ending | Sales Units | On Hand Units | On Order Units |
|---|---|---|---|---|---|---|---|---|---|---|
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 01/28/2006 | 2 | 29 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 02/04/2006 | - | 29 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 02/11/2006 | - | 29 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 02/18/2006 | - | 29 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 02/25/2006 | - | 29 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 03/04/2006 | 1 | 28 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 03/11/2006 | 1 | 28 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 03/18/2006 | - | 27 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 03/25/2006 | 1 | 26 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 04/01/2006 | - | 26 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 04/08/2006 | 1 | 25 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 04/15/2006 | 1 | 4 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 04/22/2006 | - | 14 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 04/29/2006 | 1 | 13 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 05/06/2006 | 1 | 12 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 05/13/2006 | 2 | 10 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 05/20/2006 | - | 10 | - |
| 2937 | 12193 FAIR LAKES PROMENADE DRIVE | FAIRFAX | VA | 22033 | 9780743270663 | State of War: The Secret History of | 05/27/2006 | 1 | 9 | - |
| 2937 | | | | | | Total Sales, Maximum On Hand & On Order | | 31 | 50 | 50 |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 12/24/2005 | - | - | 40 |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 12/31/2005 | - | 40 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 01/07/2006 | 9 | 34 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 01/14/2006 | 13 | 18 | 20 |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 01/21/2006 | 7 | 31 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 01/28/2006 | 1 | 30 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 02/04/2006 | 2 | 28 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 02/11/2006 | 1 | 27 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 02/18/2006 | 1 | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 02/25/2006 | - | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 03/04/2006 | - | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 03/11/2006 | - | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 03/18/2006 | - | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 03/25/2006 | - | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 04/01/2006 | - | 26 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 04/08/2006 | - | 7 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 04/15/2006 | 1 | 6 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 04/22/2006 | - | 6 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 04/29/2006 | - | 6 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 05/06/2006 | - | 6 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 05/13/2006 | - | 6 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 05/20/2006 | - | 6 | - |
| 2982 | 6646 LOISDALE ROAD | SPRINGFIELD | VA | 22150 | 9780743270663 | State of War: The Secret History of | 05/27/2006 | - | 6 | - |
| 2982 | | | | | | Total Sales, Maximum On Hand & On Order | | 35 | 40 | 40 |
| | | | | | | Total Sales, Maximum On Hand & On Order | | 360 | 80 | 81 |

A01336

## Centrally Generated Orders

| EAN | ITEM DESC | RELEASE DATE | RELEASED QTY | RETAIL VENDOR (1) | SOURCE VENDOR (2) |
|---|---|---|---|---|---|
| 9780743270663 | STATE OF WAR | 12/15/05 4:30 PM | 2,250 | B&N DISTRIBUTION CENTER | SIMON & SCHUSTER |
| 9780743270663 | STATE OF WAR | 12/15/05 4:30 PM | 21,150 | B&N DISTRIBUTION CENTER | SIMON & SCHUSTER |
| 9780743270663 | STATE OF WAR | 12/15/05 2:30 PM | 1,184 | B&N DISTRIBUTION CENTER | SIMON & SCHUSTER |
| 9780743270663 | STATE OF WAR | 1/4/06 8:17 PM | 400 | BOOKAZINE CO INC | BOOKAZINE CO INC |
| 9780743270663 | STATE OF WAR | 2/14/06 6:30 PM | 5 | B&N DISTRIBUTION CENTER | SIMON & SCHUSTER |
| | | | 24,989 | | |

(1) = Retail Vendor supplies the Stores
(2) = Source Vendor supplies either the stores, or the Distribution Center

Barnes and Noble
Confidential

A01337

| ASN | STORE | SHIPDATE | CARRIER | EAN |
|---|---|---|---|---|
| 00417090111017763631 | BD888 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017763648 | BD888 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017763655 | BD888 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017763662 | BD888 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017763679 | BD888 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017766922 | B2068 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017766939 | B2068 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017766946 | B2068 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017766953 | B2068 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017766960 | B2068 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017766977 | B2068 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017769640 | B2238 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017769657 | B2238 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017769664 | B2238 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017769671 | B2238 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017769688 | B2238 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017769695 | B2238 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773289 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773296 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773302 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773319 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773326 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773333 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773340 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773357 | B2703 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773548 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773555 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773562 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773579 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773586 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773593 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773609 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017773616 | B2712 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017776563 | B2868 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017776570 | B2868 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017777829 | B2937 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017777836 | B2937 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017777843 | B2937 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017777850 | B2937 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017777867 | B2937 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017778741 | B2982 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017778758 | B2982 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017778765 | B2982 | 12/24/2005 | ARGIX | 9780743270663 |
| 00417090111017778772 | B2982 | 12/24/2005 | ARGIX | 9780743270663 |

Barnes and Noble Confidential

# *Microsoft*®
## *Your potential. Our passion.*™

**To: FBI - Washington, DC**

**Attention: SA Ashley Hunt**
**Fax number: 202.278.4957**
**Phone number: 202.278.4861**

**Date:** 4/19/2006

# *msn* Hotmail

MSN Custodian Of Records
Global Criminal Compliance
Response Team
MSN Security Operations
Phone: 425-722-1299
Fax: 650-693-7061

**MSN Hotmail**
1065 La Avenida, Building #4
Mountain View, CA 94043

**Number of Pages** (Including Cover Sheet): __2__

Dear SA Hunt,

Apologies for the miscue. We have now included jsthe7th@hotmail.com in the preservation file along with the other two accounts.

The account name on the preservation letter is difficult to decipher due to the underline. To avoid confusion in future requests, please submit the account name wihtout the underline.

Thank you.

**MSN Hotmail**
**The World's First Free Web-Based E-mail Service**
**120+ Million Users Strong**

IMPORTANT NOTICE: Documents accompanying this telecopy transmission contain information from MSN Hotmail and are for the sole use of the above individual or entity and may be privileged, confidential and exempt from disclosure under law. Any other dissemination, distribution or copying of this communication is strictly prohibited. Please notify us immediately by telephone if you are not the intended recipient and return the original message to us at the above address. We will reimburse you reasonable phone and postage expenses for doing so.

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___

MAY 1 2 2006

**GOVERNMENT EXHIBIT 137 1:10CR485**

*Microsoft Corporation Confidential Transmission*

**msn** hotmail

MSN Hotmail, a division of Microsoft, received your preservation request on the following account(s): jsthe7th@hotmail.com. MSN Hotmail preserved the data on 4/19/2006, and it has been included in the preservation file with enygmaseven@msn.com and jeffreys@hotmail.com. The information will be preserved for 90 days from that date.

If we do not receive another preservation request 90 days from the date of the preservation, the preserved data will be destroyed. Also, please be aware that preservations are merely one time snapshots of the account on the date the information is preserved. Preservations are not snapshots made each day during the 90 day preservation timeframe.

If you send an extension to your preservation request, please indicate that your request is an extension so we may quickly identify the account you are preserving and to insure your initial preservation is maintained.

Finally, when you submit your request for us to produce the preserved data, please indicate that you previously preserved the data and on which dates so that MSN Hotmail may retrieve all relevant stored data.

AO 110 (Rev. 12/89) Subpoena to Testify Before Grand Jury                                                      06GJ376 / 06-4

# United States District Court

EASTERN.   DISTRICT OF   VIRGINIA

TO:

Mr. Jeffrey Sterling
1540 Rosedale Drive
O'Fallon, Missouri 63366

## SUBPOENA TO TESTIFY
## BEFORE GRAND JURY

SUBPOENA FOR:

☐ PERSON      ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE COMMANDED to appear and testify before the Grand Jury of the United States District Court
at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**401 Courthouse Square**<br>**Alexandria, Virginia 22314** | **GRAND JURY ROOM** |
| | DATE AND TIME |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

See attached rider.

```
GOVERNMENT
EXHIBIT
139
1:10CR485
```

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf
of the court.

| CLERK | DATE   June 15, 2006 |
|---|---|
| **FERNANDO GALINDO, Acting CLERK OF THE COURT** | |
| (By) Deputy Clerk | |

| This subpoena is issued on application<br>the United States of America | NAME, ADDRESS and PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>**Ronald L. Walutes, AUSA**<br>**U.S. Attorney's Office**<br>**2100 Jamieson Avenue**<br>**Alexandria, Virginia 22314**   (703) 299-3700 |
|---|---|
| **KENNETH E. MELSON**<br>**ACTING UNITED STATES ATTORNEY** | |

*If not applicable enter "none"

## RIDER

You are required to provide to the Grand Jury no later than Thursday, July 6, 2006, all of the following documents and other items which are within your possession, custody, and control:

1.    Any and all classified documents, reports, correspondence, or other items, at any level of classification whatsoever;

2.    Any and all documents, reports, correspondence, or other items which contain classified information, even if they are not expressly marked or identified as classified;

3.    Any and all documents, reports, correspondence, handwritten notes, or other items which contain information concerning the Central Intelligence Agency ("CIA") or the CIA's operations, sources, assets, or methods;

4.    Any and all correspondence between you and any person not employed by the CIA concerning the CIA or any of its operations, sources, assets, or methods;

5.    Any and all documents, reports, handwritten notes, or other items which you gave to, or showed to, any person not employed by the CIA concerning the CIA or any of its operations, sources, assets, or methods;

6.    Any tape recordings concerning the CIA or any of its operations, sources, assets, or methods; and

7.    Any of your performance appraisal reports ("PAR") or performance evaluations by whatever name they are known.

# *Microsoft*®

*Your potential. Our passion.*™

**To: FBI**
    **Washington D.C.**

**Attention: SA Ashley Hunt**
**Fax number: 202-278-4957**
**Phone number: 202-278-4861**

**Date:** 7/14/2006

## *msn*™ **Hotmail**

MSN Custodian Of Records
Global Criminal Compliance
Response Team
MSN Security Operations
Phone: 425-722-1299
Fax: 650-693-7061

**MSN Hotmail**
1065 La Avenida, Building #4
Mountain View, CA 94043

**Number of Pages** (Including Cover Sheet): _1_

### Comments:

MSN Hotmail, a division of Microsoft, received your preservation extension request on the following account(s): enygmaseven@msn.com, jeffreys@hotmail.com, and jsthe7th@hotmail.com  MSN Hotmail extended the preservation on 7/14/2006. The information will be preserved for an additional 90 days from that date. See attached results if appropriate.

Please be aware that preservations are merely one-time snapshots of the account on the date the information is preserved.  Preservations are not prospective snapshots made during the 90 day preservation period.

Moreover, please keep in mind that extensions only continue to preserve the original snapshot and are not new snapshots taken when the extension is granted.

Finally, when you submit process for MSN Hotmail to produce the preserved data, please indicate that you previously requested preservation of the data and on which dates, so that MSN Hotmail may retrieve all relevant stored data.

## MSN Hotmail
### The World's First Free Web-Based E-mail Service
### 120+ Million Users Strong

IMPORTANT NOTICE: Documents accompanying this telecopy transmission contain information from MSN Hotmail and are for the sole use of the above individual or entity and may be privileged, confidential and exempt from disclosure under law. Any other dissemination, distribution or copying of this communication is strictly prohibited. Please notify us immediately by telephone if you are not the intended recipient and return the original message to us at the above address. We will reimburse you reasonable phone and postage expenses for doing so.

**GOVERNMENT
EXHIBIT
140
1:10CR485**

*Microsoft Corporation Confidential Transmission*

AO 93 (Rev. 5/85) Search Warrant ●

# United States District Court

### EASTERN    DISTRICT OF    VIRGINIA

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

**Contents of Electronic Mail Account Maintained
MSN Hotmail, Inc. for Accounts
enygmaseven@msn.com
jsthe7th@hotmail.com
jeffreys@hotmail.com**

## UNDER SEAL SEARCH WARRANT

CASE NUMBER: 1:06dM 337

UNDER SEAL

GOVERNMENT EXHIBIT
141
1:10CR485

TO: _____**Federal Bureau of Investigation**_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __**Special Agent Douglas Gregory**__ who has reason to
<sub>Affiant</sub>
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**Contents of Electronic Mail Accounts Maintained by MSN Hotmail, Inc. for Accounts enygmaseven@msn.com,
jsthe7th@hotmail.com, and jeffreys@hotmail.com**

in the_____**Eastern**_____ District of _____**Virginia**_____ there is now
concealed a certain person or property, namely (describe the person or property)

**ATTACHMENT A**

**(which is fruits, evidence, instrumentalities of crimes against the United States).**
I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___Ten days from___
<sub>Date</sub>

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find
reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property
seized and promptly return this warrant to ___The undersigned___
as required by law.
<sub>U.S. Judge or Magistrate</sub>

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY Katrina Jordan-Campbell
DEPUTY CLERK

October 12, 2006 @4:25pn    at    Alexandria, Virginia
<sub>Date and Time Issued</sub>                <sub>City and State</sub>

_____    at
Honorable T. Rawles Jones, Jr.
United States Magistrate Judge        <sub>Signature of Judicial Officer</sub>

## ATTACHMENT A

### I.   Search Procedure

The search warrant will be faxed to MSN Hotmail, Inc. personnel who will be directed to produce those accounts and files described in Section II below.

### II.   Files and Accounts to be Produced

a.   All stored electronic mail and other stored content information presently contained in, or on behalf of, or previously preserved pursuant to a preservation request in the following electronic mail addresses and/or individual accounts:

> jsthe7th@hotmail.com,
> jeffreys@hotmail.com, and
> enygmaseven@msn.com;

b.   All existing printouts from original storage of all of the electronic mail described above in Section II (a);

c.   All transactional information of all activity of the electronic mail addresses and/or individual accounts described above in Section II(a), including log files, dates, times, methods of connecting, ports, dial-ups, and/or locations;

d.   All business records and subscriber information, in any form kept, pertaining to the electronic mail addresses and/or individual accounts described above in Section II(a), including applications, subscribers' full names, all screen names associated with the subscribers and/or accounts, all account names associated with the subscribers, methods of payment, telephone numbers, addresses, and detailed billing records; and

e.   All records indicating the services available to subscribers of the electronic mail addresses and/or individual accounts described above in Section II(a).