IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 1

The United States of America, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree as follows:

The following documents are records of regularly conducted activity within the meaning of Rule 803 of the Federal Rules of Evidence and admissible at trial without further authentication or identification:

| Exhibit | Description |
| --- | --- |
| GX125 | Bank One Credit Card Statement for James Risen for the Period 06/06/04 to 07/07/04 |
| GX129 | Bank One Credit Card Statement for James Risen for the Period 11/06/04 to 12/05/04 |

UNITED STATES OF AMERICA

By: _____
James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America



GOVERNMENT
EXHIBIT
161
1:10CR485

JEFFREY ALEXANDER STERLING

By: _____
Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____
Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

STIPULATION NO. __3__

The United States, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree that telephone records reflect that the following forty-seven (47) telephone calls occurred between the listed phone numbers, at the specified dates and times, and for the listed duration:

| | Date (Day of Week) | Time | Duration (min:sec) | Originating Number | Terminating Number |
|---|---|---|---|---|---|
| 1 | 02/27/2003 (Thursday) | 8:03 PM | 00:50 | (703) 793-9388 | (301) 977-9159 |
| 2 | 03/10/2003 (Monday) | 9:11 PM | 00:06 | (703) 793-9388 | (301) 208-2580 |
| 3 | 03/10/2003 (Monday) | 10:23 PM | 00:14 | (703) 793-9388 | (301) 208-2580 |
| 4 | 03/16/2003 (Sunday) | 9:50 PM | 00:03 | (703) 793-9388 | (301) 208-2580 |
| 5 | 03/16/2003 (Sunday) | 11:13 PM | 01:24 | (703) 793-9388 | (301) 208-2580 |
| 6 | 03/20/2003 (Thursday) | 2:26 AM | 01:31 | (703) 793-9388 | (301) 977-9159 |
| 7 | 03/29/2003 (Saturday) | 11:12 PM | 00:03 | (703) 793-9388 | (301) 208-2580 |
| 8 | 02/09/2004 (Monday) | 5:35 PM | 00:04 | (202) 862-0300 | (314) 862-8850 |
| 9 | 02/09/2004 (Monday) | 5:37 PM | 01:21 | (202) 862-0300 | (314) 862-8850 |
| 10 | 02/13/2004 (Friday) | 10:40 PM | 00:07 | (202) 862-0300 | (314) 862-8850 |

GOVERNMENT EXHIBIT
_163_
1:10CR485

|    | Date (Day of Week) | Time | Duration (min:sec) | Originating Number | Terminating Number |
|----|---|---|---|---|---|
| 11 | 02/13/2004 (Friday) | 10:41 PM | 01:33 | (202) 862-0300 | (314) 862-8850 |
| 12 | 03/16/2004 (Tuesday) | 9:09 PM | 00:39 | (202) 862-0300 | (314) 862-8850 |
| 13 | 03/16/2004 (Tuesday) | 9:11 PM | 01:39 | (202) 862-0300 | (314) 862-8850 |
| 14 | 03/19/2004 (Friday) | 9:58 PM | 00:06 | (202) 862-0300 | (314) 862-8850 |
| 15 | 03/22/2004 (Monday) | 6:08 PM | 00:32 | (202) 862-0300 | (314) 862-8850 |
| 16 | 03/26/2004 (Friday) | 11:21 PM | 00:03 | (202) 862-0300 | (314) 862-8850 |
| 17 | 03/31/2004 (Wednesday) | 8:53 PM | 00:02 | (202) 862-0300 | (314) 862-8850 |
| 18 | 03/31/2004 (Wednesday) | 8:58 PM | 24:58 | (202) 862-0300 | (314) 862-8850 |
| 19 | 04/20/2004 (Tuesday) | 9:10 PM | 00:04 | (202) 862-0300 | (314) 862-8850 |
| 20 | 04/20/2004 (Tuesday) | 10:02 PM | 00:29 | (202) 862-0300 | (314) 862-8850 |
| 21 | 04/22/2004 (Thursday) | 8:00 PM | 04:42 | (202) 862-0300 | (314) 862-8850 |
| 22 | 05/10/2004 (Monday) | 11:07 PM | 00:03 | (202) 862-0300 | (314) 862-8850 |
| 23 | 05/12/2004 (Wednesday) | 8:53 PM | 10:09 | (202) 862-0300 | (314) 862-8850 |
| 24 | 05/25/2004 (Tuesday) | 10:38 PM | 07:52 | (202) 862-0300 | (314) 862-8850 |
| 25 | 05/26/2004 (Wednesday) | 10:30 PM | 00:05 | (202) 862-0300 | (314) 862-8850 |
| 26 | 06/11/2004 (Friday) | 6:55 PM | 00:03 | (202) 862-0300 | (314) 862-8850 |
| 27 | 06/25/2004 (Friday) | 3:52 PM | 00:17 | (202) 862-0300 | (314) 923-4274 |
| 28 | 06/25/2004 (Friday) | 4:10 PM | 00:04 | (202) 862-0300 | (314) 923-4274 |
| 29 | 06/25/2004 (Friday) | 7:23 PM | 01:41 | (202) 862-0300 | (314) 923-4274 |
| 30 | 06/25/2004 (Friday) | 8:01 PM | 00:25 | (202) 862-0300 | (314) 923-4274 |
| 31 | 07/08/2004 (Thursday) | 8:41 PM | 03:02 | (301) 208-2580 | (314) 923-4274 |

|    | Date (Day of Week)        | Time     | Duration (min:sec) | Originating Number | Terminating Number |
|----|---------------------------|----------|--------------------|--------------------|--------------------|
| 32 | 11/06/2004 (Saturday)     | 11:27 AM | 01:00              | (314) 479-3563     | (301) 208-2580     |
| 33 | 02/14/2005 (Monday)       | 9:51 PM  | 35:57              | (202) 862-0300     | (314) 923-4274     |
| 34 | 03/23/2005 (Wednesday)    | 4:37 PM  | 05:00              | (314) 479-3563     | (301) 208-2580     |
| 35 | 08/03/2005 (Wednesday)    | 11:46 PM | 00:30              | (202) 862-0300     | (314) 479-3563     |
| 36 | 08/05/2005 (Friday)       | 1:12 PM  | 02:00              | (314) 479-3563     | (240) 994-9524     |
| 37 | 08/05/2005 (Friday)       | 10:16 PM | 01:39              | (240) 994-9524     | (314) 479-3563     |
| 38 | 08/11/2005 (Thursday)     | 1:35 PM  | 03:00              | (314) 479-3563     | (240) 994-9524     |
| 39 | 08/27/2005 (Saturday)     | 1:41 PM  | 01:00              | (314) 479-3563     | (240) 994-9524     |
| 40 | 08/27/2005 (Saturday)     | 4:16 PM  | 00:39              | (240) 994-9524     | (314) 479-3563     |
| 41 | 10/22/2005 (Saturday)     | 5:33 PM  | 03:00              | (314) 479-3563     | (240) 994-9524     |
| 42 | 11/14/2005 (Monday)       | 12:01 PM | 01:00              | (314) 479-3563     | (301) 208-2580     |
| 43 | 11/15/2005 (Tuesday)      | 10:56 AM | 01:00              | (314) 479-3563     | (301) 208-2580     |
| 44 | 11/15/2005 (Tuesday)      | 10:56 AM | 02:00              | (314) 479-3563     | (240) 994-9524     |
| 45 | 11/19/2005 (Saturday)     | 9:15 AM  | 01:00              | (314) 479-3563     | (301) 208-2580     |
| 46 | 11/19/2005 (Saturday)     | 9:16 AM  | 05:00              | (314) 479-3563     | (240) 994-9524     |
| 47 | 11/20/2005 (Sunday)       | 12:08 AM | 00:42              | (240) 994-9524     | (314) 479-3563     |

UNITED STATES OF AMERICA

By:  _____
James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____
Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____
Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:10cr485 (LMB) |
| | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 6

The United States of America, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree as follows:

At the request of the FBI, the National Laboratory calculated that as of July 1998, the CIA had expended at least $1.5 million on Classified Program No. 1.

UNITED STATES OF AMERICA

By: _____
James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____
Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

GOVERNMENT EXHIBIT
166
1:10CR485

By: _____
Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| v. | ) No. 1:10cr485 (LMB) |
|  | ) |
| JEFFREY ALEXANDER STERLING | ) |

## STIPULATION NO. 7

The United States, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree that the following exhibits may be admitted at trial without further authentication or identification:

| Exhibit | Description |
| --- | --- |
| GX128 | Book Proposal Captioned "Untitled CIA Book" Submitted to Simon & Schuster by James Risen |
| GX132 | Chapter Nine, *State of War* |
| DX1 | Note on Sources, *State of War* |

The parties further agree that a representative from Simon & Schuster would testify as follows:

The document contained in GX128 was submitted to Simon & Schuster by James Risen in or about September 2004.

*State of War: The Secret History of the CIA and the Bush Administration* by James Risen was published in or about December 2005.

UNITED STATES OF AMERICA



GOVERNMENT EXHIBIT
167
1:10CR485

By: _____
James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America


JEFFREY ALEXANDER STERLING

By: _____
Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling


By: _____
Jeffrey Alexander Sterling

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:10cr485 (LMB) |
| | ) | |
| JEFFREY ALEXANDER STERLING | ) | |

## STIPULATION NO. 8

The United States, through its attorneys, and the defendant, Jeffrey Alexander Sterling, and the defendant's attorneys, hereby stipulate and agree as follows:

The following documents are records of regularly conducted activity within the meaning of Rule 803 of the Federal Rules of Evidence and admissible at trial without further authentication or identification:

| Exhibit | Description |
|---|---|
| GX131 | Barnes & Noble Shipping Records for *State of War* |

A representative from Barnes & Noble would testify that on or about December 24, 2005, Barnes & Noble shipped copies of *State of War: The Secret History of the CIA and the Bush Administration* by James Risen from New Jersey via commercial carrier to the Eastern District of Virginia, where they were made available for sale at Barnes & Noble retail locations.

UNITED STATES OF AMERICA

By: _____

GOVERNMENT EXHIBIT
168
1:10CR485

James L. Trump
Eric G. Olshan
Dennis M. Fitzpatrick
Attorneys for the United States of America

JEFFREY ALEXANDER STERLING

By: _____
Edward B. MacMahon, Jr.
Barry J. Pollack
Attorneys for Jeffrey Alexander Sterling

By: _____
Jeffrey Alexander Sterling